**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Glen Jones, Jr., | No. CV-03-478-TUC-DCB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

Petitioner, an Arizona capital prisoner, has lodged a motion for relief from judgment, along with a motion to exceed page limitations. Good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Exceed Page Limitation for Motion for Relief from Judgment (Doc. 103) is **GRANTED**. The Clerk of Court shall file Petitioner's lodged Motion for Relief from Judgment (Doc. 104).

**IT IS FURTHER ORDERED** that Respondents shall file a response to Petitioner's Motion for Relief from Judgment no later than **Friday, August 30, 2013**. The response shall include as exhibits any parts of the state record Respondents believe are necessary for the Court's consideration of the motion.

/ / /

/ / /

/ / /

1    **IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **Friday,**
2    **September 6, 2013**.
3        DATED this 20th day of August, 2013.

David C. Bury
United States District Judge