**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Glen Jones, Jr., | ) No. CV-03-478-TUC-DCB |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| | ) **ORDER** |
| Charles L. Ryan, et al., | ) |
| Respondents. | ) |

Good cause appearing,

**IT IS HEREBY ORDERED** that Respondents' Motion to Exceed the Page Limit (Doc. 108) is **GRANTED**. The Clerk of Court shall file Respondents' Response to Motion for Relief from Judgment (Doc. 107).

DATED this 6th day of September, 2013.

David C. Bury
United States District Judge