**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Glen Jones, Jr., | ) No. CV-03-00478-TUC-DCB |
| Petitioner, | ) DEATH PENALTY CASE |
| v. | ) |
| Charles L. Ryan et al., | ) **ORDER** |
| Respondents. | ) |

Federally-appointed habeas counsel seek authorization to represent Petitioner in state court to pursue ancillary challenges to his conviction and Arizona's lethal injection protocol. Petitioner's execution is set for October 23, 2013. Pursuant to the expectation of 18 U.S.C. § 3599(e) that federally-appointed counsel represent capital habeas petitioners through all subsequent stages of available judicial proceedings, including applications for stay of execution "and other appropriate motions and procedures," the motion (Doc. 115) is **GRANTED**. By issuance of this order, the Court does not purport to encourage, approve, or convey any position with respect to the merits of the proposed litigation.

**IT IS SO ORDERED**.

DATED this 24th day of September, 2013.

David C. Bury
United States District Judge